UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|             Plaintiff,                          ) | Case No. 07-MJ-455 |
|       v.                                                     ) | DETENTION ORDER |
| NATHANIEL WELLS,                                 ) | |
|             Defendant.                    ) | |

<u>Offenses charged</u>:

    Count 1: Social Security Fraud in violation of 42 U.S.C. § 408(a)(7)(B).

    Count 2: Aggravated Identity Theft in violation of 18 U.S.C. § 1028.

<u>Date of Detention Hearing</u>:    September 21, 2007.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Defendant has stipulated to detention, but reserves the right to contest his continued detention if there is a change in circumstances.

    (2)    There are no conditions or combination of conditions other than detention that

DETENTION ORDER                                        15.13
18 U.S.C. § 3142(i)                                Rev. 1/91
PAGE 1

01 will reasonably assure the appearance of defendant as required, or address the issue of
02 economic danger to the community.
03   IT IS THEREFORE ORDERED:
04   (1) Defendant shall be detained pending trial and committed to the custody of the
05   Attorney General for confinement in a correctional facility separate, to the
06   extent practicable, from persons awaiting or serving sentences or being held in
07   custody pending appeal;
08   (2) Defendant shall be afforded reasonable opportunity for private consultation
09   with counsel;
10   (3) On order of a court of the United States or on request of an attorney for the
11   government, the person in charge of the corrections facility in which defendant
12   is confined shall deliver the defendant to a United States Marshal for the
13   purpose of an appearance in connection with a court proceeding; and
14   (4) The Clerk shall direct copies of this Order to counsel for the United States, to
15   counsel for the defendant, to the United States Marshal, and to the United
16   States Pretrial Services Officer.
17   DATED this 21th day of September, 2007.
18
19                                                      *James P. Donohue* (signature)
20   JAMES P. DONOHUE
     United States Magistrate Judge
21
22
23
24
25
26

DETENTION ORDER                                               15.13
18 U.S.C. § 3142(i)                                      Rev. 1/91
PAGE 2